No. 64860.—D. Stanley Corcoran, Inc. v. United States, protests 58/19748, 59/20335, and 59/7139 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of vases in mineral colors similar in all material respects to those the subject of Abstract 62694, the claim of the plaintiff was sustained.